**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KENDALL HUNTER, *et al.*,

                Plaintiffs,                    **SCHEDULING ORDER**

    -against-                                                19 Civ. 5374 (NSR)(JCM)

MRS. DEBORAH KAUFMAN-LEVY,

                Defendant.
-------------------------------------------------------X

TO ALL PARTIES:

The conference scheduled for June 3, 2020 at 11:00 a.m. before the undersigned will be conducted via AT&T Teleconferencing Service. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

Dated:  May 27, 2020
           White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge